**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2245**

———————

B. MACON,

                Plaintiff - Appellant,

    v.

E. I. DUPONT,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, Magistrate Judge. (3:10-cv-00260-MHL)

———————

Submitted: March 30, 2012         Decided: April 9, 2012

———————

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

B. Macon, Appellant Pro Se. Christopher M. Michalik, Briton Katherine Nelson, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

B. Macon appeals the magistrate judge's order granting DuPont's motion for summary judgment and dismissing his employment discrimination complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Macon v. DuPont</u>, No. 3:10-cv-00260-MHL (E.D. Va. Oct. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Pursuant to 28 U.S.C. § 636(c) (2006), the parties consented to have the case heard by a magistrate judge.

2